```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    MIRANDA KANE (CABN 150630)
 3  Chief, Criminal Division

 4  STACEY P. GEIS (CSBN 181444)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102
        Telephone: (415) 436-7126
 7      Facsimile: (415) 436-7234

 8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 12-0265 JSW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME |
| JONATHAN MITCHELL, | ) | |
| Defendant. | ) | |

With the agreement of the parties in open court on May 10, 2012 and with the consent of the defendant Jonathan Mitchell ("defendant"), the Court enters this order 1) ordering the next appearance in front of this Court on June 14, 2012 at 2:00 p.m. for a status hearing, and 2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from May 10, 2012 to June 14, 2012. The parties agree, and the Court finds and holds, as follows:

///

///

///

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 12-0265 JSW]

1. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, excluding time until June 14, 2012 is necessary for effective preparation of counsel and for continuity of counsel. See 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). The government recently indicted this case and has provided discovery to the defense. The defense needs adequate time to review the discovery. In particular, the defense needs to review electronic discovery which requires coordination with the relevant agency to arrange viewing times. Accordingly, the Court finds that the ends of justice served by excluding the period from May 10, 2012 to June 14, 2012, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(7)(A) & (B)(iv).

2. Accordingly, and with the consent of the defendant, the Court orders that 1) defendant shall make his next appearance in front of this Court on June 14, 2012 at 2:00 p.m. for further status; and 2) the period from May 10, 2012 to June 14, 2012 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161 (h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 5/15/2012         /s/
                         Rita Bosworth, FPD
                         Attorney for Jonathan Mitchell

DATED: 5/15/2012         /s/
                         Stacey P. Geis
                         Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: May 21, 2012      _____
                         The Honorable Jeffrey S. White
                         United States District Judge

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 12-0265 JSW]        -2-